IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

JAMES HAJNY

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brady A. MUSGRAVE

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☒ Yes ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Hajny 26846-045
Street Address: USP Terre Haute P.O. Box 33
City and County: Terre Haute Vigo County
State and Zip Code: Indiana 47808
Telephone Number: N/A
E-mail Address: N/A

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Brady A. Musgrave
Job or Title (if known): Attorney
Street Address: 400 E. Walnut St #130
City and County: Springfield Greene
State and Zip Code: Missouri 65806
Telephone Number: 417-866-0110
E-mail Address (if known): bradymusgravelaw@gmail.com

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

|  |  |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☒ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*the 5th & 6th Amendments to the Constitution of the United States*

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____
_____
_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* ~~Brady A Musgrave~~ Jones & Musgrave LLC, is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?
- Where did the events you have described take place?
- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see Attatched sheets.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

I am asking for damages & punitive damages in the amount of $500,000,000.00 (5 hundred million dollars).

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes ☐   No ☐

Do you claim actual damages for the acts alleged in your complaint?
Yes ☒   No ☐

Do you claim punitive monetary damages?
Yes ☒   No ☐

5

## Complaint #1

When Mr. Musgrave received the discovery from AUSA Carney in January 2015 along with the indictment handed down by the grand jury, he allowed my rights to be violated by the government by allowing the indictment to stand instead of motioning the Court for a dismissal. The indictment was and still is Constitutionally Flawed. The indictment handed down in June 2014, and the superceding indictment in July 2014 give no facts, there is nothing in the indictment to which explains how I violated the statutes I supposedly was charged with in May 2014.

I had only learned about this violation in 2019.

## Complaint #2

Between January 2015 - October 2015, Mr. Musgrave continually lied to me. He continually assured me that he was in fact having specific evidence examined by a forensic expert at my request. He also on August 24, 2015 lied to the Court when he requested a continuance so he could have evidence examined at my request. This lie was admitted to by himself in open Court on November 19, 2015 in front of Magistrate Judge David P. Rush.

Mr. Musgrave violated my 6th Amendment rights by denying me the sole right to challenge any and All evidence to which the government had intended to use against me at trial. Mr. Musgrave also violated the Criminal Justice Act, as he failed to provide me with adequate representation to which is required under the act.

When confronted by the Court for his actions, Mr. Musgrave stated his reasoning "was because he believed the Police to be more honest than his client." The hearing concluded with him being removed as my attorney but with no disciplinary action to follow.

## Complaint #3

On or about March 15, 2019, I sent Mr. Musgrave a letter requesting my complete client file with all discovery documents printed out, <u>minus</u> any photographs which may be deemed illegal to possess. Instead of receiving the documents to which he was required to send as the file is <u>my property</u>, emailed the AUSA Mr. Carney in turn forwarded the email to Ami Miller, she in turn told him "Do not give him anything, including discovery."

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$500,000,000.00 I'm claiming these due to the Constitutional violations and the malice inflicted by the defendant.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff  James Hajny
Printed Name of Plaintiff  James Hajny

6

Case 6:20-cv-03321-MDH   Document 1   Filed 10/02/20   Page 8 of 9

James Hajny 26746-045
USP Terre Haute
P.O. Box 33
Terre Haute, In 47808

Legal
Mail

INMATE IDENTIFICATION CONFIRMED

RECEIVED
OCT -2 2020
US DISTRICT COURT
WESTERN DISTRICT OF MO
KANSAS CITY

United States District Court
Western District of Missouri
400 E 9th Street Rm 7452
Kansas City, Mo 64106

Attn-
Clerks Office

Legal Filings

64106-2567052

INDIANAPOLIS IN 460
29 SEP 2020 PM 6 L